No. 324.   GITZLAFF, Respondent, v. MUELLER and wife, Appellants.

(Also reported in 223 N. W. 2d 687.)

Vendor and purchaser. Option to purchase. Absence of consideration. Viability until withdrawn. Sufficiency of

evidence. Description of tract to conform to intent. Reformation. Statute of frauds no bar.

The cause was submitted for the appellants on the briefs of *Walter R. Nicolai* of Milwaukee, and for the respondent on the brief of *Johnson & Johnson* of Waukesha.